**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



EVERSON WOOD,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:12CV687**

DEPUTY HOLLOWAY,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 29, 2012, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. The Court warned Plaintiff that the action would be dismissed if he failed to keep the Court informed of his address. On April 22, 2014, the United States Postal Service returned an April 2, 2014 Memorandum Order to the Court marked, "Return to Sender" and "MOVED WITHOUT FORWARDING ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                         James R. Spencer
                                         Senior U. S. District Judge

Date: 5-23-14
Richmond, Virginia